■
### Gary McGRATH, Appellant,

v.

### Ray S. JAMES, Director of Revenue, Respondent.

### No. WD 34521.

Missouri Court of Appeals,
Western District.

Oct. 11, 1983.

Alex Bartlett and John S. Pletz, Jefferson City, for appellant.

John Ashcroft, Atty. Gen., William F. Arnet, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., TURNAGE, C.J., and KENNEDY, J.

### ORDER

PER CURIAM:

This is a direct appeal from a judgment denying injunctive relief against termination of appellant as a fee agent for the Missouri Department of Revenue. The case was heard by a special judge pursuant to Missouri Supreme Court order of assignment.

The judgment is affirmed. Rule 84.16(b).

■
### STATE of Missouri, Respondent,

v.

### Paul PROGER, Appellant.

### No. WD 34597.

Missouri Court of Appeals,
Western District.

Oct. 11, 1983.

James L. Lyons, Kansas City, for appellant.

John Ashcroft, Atty. Gen., William K. Haas, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., TURNAGE, C.J., and KENNEDY, J.

### ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for robbery, first degree, in violation of § 569.020, RSMo 1978.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.